HEATHER E. WILLIAMS, #122664
Federal Defender
RACHELLE BARBOUR, #185395
Assistant Federal Defender
OFFICE OF THE FEDERAL DEFENDER
801 I Street, 3rd Floor
Sacramento, CA 95814
Tel: 916-498-5700/Fax 916-498-5710
Megan.Hopkins@fd.org

Attorney for Defendant
JAMES EDWARD DOVE

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 2:16-CR-00161-DAD |
| Plaintiff, | ) ) ) | ORDER GRANTING EARLY TERMINATION OF SUPERVISION |
| v. | ) | |
| JAMES EDWARD DOVE, | ) | Judge: Hon. Dale A. Drozd |
| Defendant. | ) ) ) | |
| | ) | |

Good cause appearing, pursuant to 18 U.S.C §3583(e)(1), the Court hereby

TERMINATES the term of supervised release imposed in this case and discharges Mr. Dove

from supervision for the reasons set forth in his unopposed Motion.


IT IS SO ORDERED.

Dated:  **April 7, 2026**          _____

DALE A. DROZD
UNITED STATES DISTRICT JUDGE

ORDER for Early Termination of Supervised Release                    -1-                    *U.S. v JAMES EDWARD DOVE*